UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


DAVID LEON BANKS, JR.,

      Movant

v.                                  CIVIL ACTION NO. 2:04-1102
                                  (Criminal No. 2:03-0059 and
                                        No. 2:03-0131)

UNITED STATES OF AMERICA,

      Respondent


MEMORANDUM OPINION AND ORDER


      The court having received the proposed findings and
recommendation of the United States Magistrate Judge filed on
October 5, 2005, pursuant to the provisions of 28 U.S.C.
§ 636(b)(1)(B); and having reviewed the record in this proceed-
ing; and there being no objections filed by either the United
States or the movant to the proposed findings and recommendation;
and it appearing proper so to do, it is ORDERED that the findings
and conclusions made in the proposed findings and recommendation
of the magistrate judge be, and they hereby are, adopted by the
court.

It is, accordingly, ORDERED that the movant's section 2255 motion be, and it hereby is, denied.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the magistrate judge.

DATED: March 14, 2006

John T. Copenhaver, Jr.
United States District Judge

2